**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE MIGUEL GARCIA-RODRIGUEZ,(03)

        Defendant.

CASE NO. 11CR2756-AJB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

    Conspiracy, Bringing in Illegal Aliens for Financial Gain; Aiding and Abetting, Bringing in Illegal Aliens Without Presentation; Aiding and Abetting.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 09/23/11

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE